NUMBER
13-10-00559-CR

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG

____________________________________________________________

 

EDWARDO
SALCEDO,                                                                Appellant,

 

                                                             v.

 

THE
STATE OF TEXAS,                                                                 Appellee.

____________________________________________________________

 

                            On
appeal from the 28th District Court

                                       of
Nueces County, Texas.

____________________________________________________________

 

                                MEMORANDUM
OPINION



Before Justices
Yañez, Garza,
and Benavides

                               Memorandum
Opinion Per Curiam

 








Appellant,
Edwardo Salcedo, pro se, has filed a motion to dismiss his appeal because he no
longer desires to prosecute it.  See Tex.
R. App. P. 42.2(a).  Without passing on the merits of the case, we grant
the motion to dismiss pursuant to Texas Rule of Appellate Procedure 42.2(a) and
dismiss the appeal.  Having dismissed the appeal at 




 

appellant's
request, no motion for rehearing will be entertained, and our mandate will
issue forthwith.

PER CURIAM

 

Do not publish.

See Tex.
R. App. P. 47.2(b).  

Delivered and filed the

18th day of November, 2010.